UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:

OSCAR PALMA,

       Plaintiff,

vs.

ZTB II, LLC, ZAK THE BAKER, LLC
and STERN H. ZACHARY,

       Defendants.

_____/

## NOTICE OF REMOVAL BY DEFENDANT

Defendants, ZTB II, LLC, ZAK THE BAKER, LLC and STERN H. ZACHARY (collectively, "Defendants"), by and through their undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby remove this action currently pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida. The removal of this action is based upon the following:

1.      On or about May 13, 2016, Plaintiff filed his Complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, entitled *Oscar Palma v. ZTB II, LLC, ZAK THE BAKER, LLC and Stern H. Zachary*, Case No. 2016-012232-CA-01 (the "State Action"). On or about May 31, 3016, a copy of the State Action was served on Defendants. This constituted the first legal notice of the State Action for purposes of removal.

2.      True and correct copies of all process, pleadings and orders that were served on Defendants in the State Action are attached hereto as **Composite Exhibit "A,"** and are

incorporated herein by reference pursuant to Rule 10(c), Federal Rules of Civil Procedure.  No other process, pleadings, or orders have been served upon Defendants in the State Action.

3.      The Complaint seeks damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201-209 ("FLSA").  This is a civil action over which the United States District Courts have original jurisdiction pursuant to 28 U.S.C. § 1331, because this action arises under the FLSA.

4.      Under federal question jurisdiction, the United States district courts "have original jurisdiction over all civil actions arising under federal law."  *See* 28 U.S.C. § 1331.  Any civil case filed in a state court may be removed by a defendant to federal court if the case originally could have been brought in federal court.  *See. e.g. Ayers v. Gen. Motors Corp.*, 234 F.3d 514, 517 (11th Cir. 2000); *Joseph v. Nichell's Caribbean Cuisine, Inc.*, 862 F. Supp. 2d 1309, 1311 (S.D. Fla. 2012).

5.      This Notice of Removal has been timely filed within thirty (30) days after receipt by Defendants of the initial pleading setting forth the claims for relief upon which removal is based.  *See* 28 U.S.C. § 1446(b).

6.      Defendants have simultaneously, with the filing of this Notice, given written notice of the filing of this Notice to Plaintiff as required by 28 U.S.C. § 1446(d).

7.      A copy of this Notice has simultaneously been filed with the Clerk of the Circuit Court in and for Miami-Dade County, Florida, as required by 28 U.S.C. § 1446(d).  A true and correct copy of Defendants' Notice of Filing Notice of Removal, as filed in the State Action, is attached hereto as **Exhibit "B."**

8.      Venue is proper in the Southern District of Florida in that the State Action is pending within the jurisdictional confines of this District.

**WHEREFORE**, Defendants hereby remove this case to the United States District Court for the Southern District of Florida.

Dated:  June 20, 2016

Respectfully submitted,

By: /s/ Arlene K. Kline
    Arlene K. Kline
    Florida Bar No. 104957
    arlene.kline@akerman.com
    Sarah J. Lis
    Florida Bar No. 70747
    sarah.lis@akerman.com
    **AKERMAN LLP**
    777 South Flagler Drive
    Suite 1100 West Tower
    West Palm Beach, Florida  33401
    Telephone:  561.653.5000
    Facsimile:  561.659.6313

    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2016, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Arlene K. Kline
    Arlene K. Kline, Esq.
    Florida Bar No.: 104957

- 4 -

## <u>SERVICE LIST</u>

Anthony Georges-Pierre, Esq.
E-mail: agp@rgpattorneys.com
Anaeli Petisco, Esq.
E-mail: apetisco@rgpattorneys.com
Rainier Regueiro, Esq.
E-mail: rregueiro@rgpattorneys.com
Remer & Georges-Pierre, PLLC
44 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone: 305-416-5000
Facsimile: 305-416-5005

*Attorneys for Plaintiff*