IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

OSCAR PALMA,   Case No. 2016-012232-CA-01

       Plaintiff,

vs.

ZTB II, LLC, ZAK THE BAKER, LLC
and STERN H. ZACHARY,

       Defendants.

_____/

**DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL**

To:    THE CLERK OF THE CIRCUIT COURT FOR THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

You are hereby notified that the Notice of Removal to the United States District Court for the Southern District of Florida attached as **Exhibit A** was filed with the Clerk of said District Court in Miami, Florida on June 20, 2016. Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further in this cause unless and until this action is remanded to state court. Absent the entry of a remand order by the District Court, this Court is divested of jurisdiction in this cause and is thereby requested to stay all further proceedings. You are further hereby notified that this Notice of Filing Notice of Removal incorporates by reference all requirements of 28 U.S.C. § 1446.

-2-

Dated: June 20, 2016
West Palm Beach, FL

                                               Respectfully submitted,

By: /s/ Arlene K. Kline
    Arlene K. Kline
    Florida Bar No. 104957
    arlene.kline@akerman.com
    Sarah J. Lis
    Florida Bar No. 70747
    sarah.lis@akerman.com
    **AKERMAN LLP**
    777 South Flagler Drive
    Suite 1100 West Tower
    West Palm Beach, Florida  33401
    Telephone:  561.653.5000
    Facsimile:  561.659.6313

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2016 a copy of the foregoing has been furnished

via e-mail to:

Anthony Georges-Pierre, Esq.
E-mail: agp@rgpattorneys.com
Anaeli Petisco, Esq.
E-mail: apetisco@rgpattorneys.com
Rainier Regueiro, Esq.
E-mail: rregueiro@rgpattorneys.com
Remer & Georges-Pierre, PLLC
44 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone: 305-416-5000
Facsimile: 305-416-5005

*Attorneys for Plaintiff*

                                              /s/Arlene K. Kline
                                              Arlene K. Kline